IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00607-WDM-CBS

CANDY WILSON,

    Plaintiff,

v.

THE ALAMOSA SCHOOL DISTRICT, a political subdivision, and
HENRY HERRERA, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Partially Unopposed Motion for Entry of Protective Order (*Doc. No.* **29,** Filed October 26, 2006) is **GRANTED**.

    In addition to Fed.R.Civ.P. 26(c)(2), and D.C.COLO.L.CivR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure and the Local Rules of Practice in the United States District Court for the District of Colorado regarding the execution of this protective order.

**DATED:**     November 14, 2006