IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00607-WDM-CBS

CANDY WILSON,

 Plaintiff,

v.

THE ALAMOSA SCHOOL DISTRICT, et al.,

 Defendants.

## NOTICE OF DISMISSAL OF EQUAL PROTECTION CLAIM ONLY

 The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss Wilson's Equal Protection Claim against Defendants in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the equal protection claim only is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

 DATED at Denver, Colorado, on December 5, 2006.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge

PDF FINAL