IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00607-WDM-KLM

CANDY WILSON,

    Plaintiff(s),

v.

THE ALAMOSA SCHOOL DISTRICT,
a political subdivision,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Stipulated Motion to Vacate Settlement Conference [Docket No. 63; Filed February 5, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The settlement conference set for March 6, 2008 at 1:30 p.m. is **vacated**, and will be reset upon joint motion of the parties.

Dated: February 6, 2008