IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 3, 2008 |
| Court Reporter: Janet Coppock | Time: 5 minutes |

**CASE NO. 06-cv-00607-WDM-KLM**

| Parties | Counsel |
|---|---|
| **CANDY WILSON,** | John Culver |
| | Seth Benezra |
| Plaintiff (s), | |
| vs. | |
| **ALAMOSA SCHOOL DISTRICT,** | Patrick Mooney |
| | Matt Ratterman |
| Defendant (s). | |

### FURTHER TRIAL PREPARATION CONFERENCE

**1:31 p.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL, who appear by telephone.

Court and counsel discuss jury instructions.

**ORDERED:** Defendant's Motion in Limine to Exclude Evidence Relating to EEOC and CCRD Charges (Doc #84), filed 6/16/08 is **GRANTED in PART and DENIED in PART,** without prejudice for impeachment.

Page Two
06-cv-00607-WDM-KLM
July 3, 2008

**1:36 p.m.     COURT IN RECESS**

**Total in court time:        5minutes**

**Hearing concluded**